

U.S. Department of Justice

*United States Attorney
District of New Jersey*

_____

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

March 20, 2024

Honorable Michael A. Shipp
United States District Judge
402 East State Street, Room 2020
Trenton, NJ 08608

   Re: <u>United States v. Eliyahu Weinstein and Aryeh Bromberg</u>
     Crim No. 24-128 (MAS)

Dear Judge Shipp:

  The parties jointly submit this letter to set forth a proposed briefing schedule on the Government's motion regarding the Defendant Eliyahu Weinstein's privilege claim and to request a status conference to enter a scheduling order and set a trial date in this matter.

*<u>Briefing Schedule on the Government's Motion</u>*

  On March 14, 2024, the Government filed a motion for a rejection of an attorney-client privilege claim made by Mr. Weinstein. The parties have met and conferred and respectfully request the Court set the following briefing schedule for the Government's motion: the Defendants shall file a response, if any, to the Government's motion on or before April 9, 2024; and the Government shall file a reply, if any, in support of its motion on or before April 16, 2024. Mr. Weinstein further requests the Court set a date for oral argument on the motion. The Government does not believe oral argument is necessary.

*<u>Status Conference</u>*

  The parties further request that the Court set a date for a telephonic status conference to enter the attached proposed scheduling order and discuss setting a 2024 trial date. The Government anticipates its case in chief will last approximately four weeks; the defense anticipates its case will last approximately one week; and the Government anticipates an additional two to three days for a rebuttal case.

The parties are available for a telephonic status conference, subject to the Court's availability, after 2 PM on April 2nd, after 2 PM on April 3rd, and after 12 PM on April 4th.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   CAROLYN SILANE
      JONATHAN FAYER
      MARK PESCE
      Assistant U.S. Attorneys