# EXHIBIT B

```
                                                                    1

         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                 CRIMINAL NO. 11-701

UNITED STATES OF AMERICA      :
                              :
         -vs-                 :    TRANSCRIPT OF PROCEEDING
                              :
ELIYAHU WEINSTEIN,            :              MOTIONS
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - -


                                    Trenton, New Jersey
                                    November 25, 2013


  B E F O R E:


      THE HONORABLE JOEL A. PISANO
   UNITED STATES DISTRICT COURT JUDGE



  A P P E A R A N C E S:


PAUL J. FISHMAN, U.S. ATTORNEY
By:  GURBIR SINGH GREWAL, Assistant U.S. Attorney
     ZACH INTRATER, Assistant U.S. Attorney
     RACHEL HONIG, Assistant U.S. Attorney
For the Government.


CREIZMAN PLLC
BY:   ERIC CREIZMAN, ESQ.,
For the Defendant.


Pursuant to Section 753 Title 28 United States
Code, the following transcript is certified to be
an accurate record as taken stenographically in the
above-entitled proceedings.

                  _____
                    S/Joanne M. Caruso, CSR, CRR
                       Official Court Reporter
                          (908)334-2472
```

JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, TRENTON, N.J.

Case 3:24-cr-00128-MAS   Document 103-2   Filed 05/03/24   Page 2 of 3 PageID: 511
Case: 14-3122   Document: 003112103417   Page: 159   Date Filed: 10/21/2015

27

1  and permitted you to stay out on bail, you would not have been
2  available to commit the conduct in Weinstein II, but that
3  isn't what you wanted and the fact is that you continued to
4  commit crimes.  There is probable cause to believe that you
5  continued to commit crimes in at least two respects while out
6  on bail under conditions.
7          For those reasons, I find that you're a danger to the
8  community.  The fact of the matter is that you demonstrated
9  absolutely no hesitance in continuing criminal conduct
10 perpetrating frauds on additional victims after even being
11 charged and indicted and having pled guilty to other
12 fraudulent conduct, so I find you to be a danger to the
13 community.
14         I also find you to be a flight risk.  I'm going to
15 make this finding specifically.  I find you to be a flight
16 risk because you filed a false affidavit with this Court in
17 asking for the appointment of counsel on June 2, 2013.  You
18 were represented by retained counsel throughout the pendency
19 of this case, you were able to retain at least, to my
20 recollection, and there might have been more before them, but
21 you certainly retained Klingeman and Cominsky and Schoen.  You
22 tell me in your declaration that I mentioned before that you
23 gave Mr. Cleary a million dollars so we know that you had
24 money there.
25         Yet, when you were arrested in May of 2013 and