# EXHIBIT E

**New Jersey Business Gateway**
**Business Entity Information and Records Service**

Status Report For: OPTIMUS INVESTMENTS INC.

Report Date: 05/02/2024

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

Business ID Number: 0450698683

Business Type: DOMESTIC PROFIT CORPORATION

Status: REVOKED FOR NOT FILING ANNUAL REPORT FOR 2 CONSECUTIVE YEARS

Original Filing Date: 09/07/2021 Home Jurisdiction: NJ

Status Change Date:

**REVOCATION/SUSPENSION INFORMATION**

DOR Suspension Start Date: 04/16/2024 DOR Suspension End Date:
Tax Suspension Start Date: Tax Suspension End Date:

**ANNUAL REPORT INFORMATION**

Annual Report Month: SEPTEMBER

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

Agent: BUSINESS FILINGS INCORPORATED OF DE

Agent/SOP Address: [redacted]

Address Status: Deliverable

Main Business Address: [redacted]

Principal Business Address:

,

**Associated names:**

N/A

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits) or owners (trade names and trade/service marks)

TITLE: OTHER
NAME: JOEL WITTELS
ADDRESS: [redacted]

TITLE: OTHER
NAME: ARYEH BROMBERG
ADDRESS: [redacted]

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, <url>, and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

**Charter Documents for Corporations, LLCs, LPs and LLPs**

Original Filing (Certificate) Date: 2021

Changes and Amendments to the Original Certificate

| Filing Type | Year Filed |
|---|---|
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2024 |

**NOTE:** Copies of some of the charter documents above, particularly those filed before August 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

* For older filings, contact the Division for instructions on how to order.
* For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/ periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in

process. Only offically filed documents are available for download.