UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                              Docket No. 24-CR-128 (MAS)

ARYEH ARI BROMBERG,                                             Hon. Michael A. Shipp

(Defendant)

**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that defendant Aryeh Ari Bromberg appeals to the United States Court of Appeals for the Third Circuit from the judgment, conviction and sentence of the United States District Court, District of New Jersey, entered in this action on November 14, 2025.

Dated: November 24, 2025

Defendant Aryeh Ari Bromberg
Appellant

By:

Marc Agnifilo, Esq.
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005
(646) 205-4350